**Order entered March 12, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00045-CV

## IN RE HOWARD HOLLAND, Relator

**Original Proceeding from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 31610-422**

## ORDER

Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus without prejudice to refiling.

/s/    LANA MYERS
       JUSTICE